**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | August 6, 2013 | Probation: | Sergio Garza |
| Courtroom Deputy: | Kathy Preuitt-Parks | Interpreter: | Ellen Klaver |
| E.C.R./Reporter: | Janet Coppock | | |

Criminal Case No: **12-cr-00113-WYD-5**   Counsel:

**UNITED STATES OF AMERICA,**   Guy Till

      Plaintiff,

v.

**5. YONI DIMAR MAS-CRUZ, a/k/a**   Kathryn J. Stimson
**Emerson Josue Gonzales-Ramires, a/k/a**
**Yanni Cruz, a/k/a Yoni Ramirez-Gonzalez**,

      Defendant.

**SENTENCING**

**11:10 a.m.**   Court in Session

APPEARANCES OF COUNSEL. Defendant present in-custody.

> **Change of Plea Hearing - Monday, September 24, 2012, at 2:00 p.m.
> Plea of Guilty - Count One of First Superseding Indictment**

Interpreter is sworn.

      Court's opening remarks.

Statement on behalf of Government (Mr. Till).

Statement on behalf of Defendant (Ms. Stimson).

Statement by Defendant on his own behalf (Mr. Gonzales-Ramires).

        Court makes findings.

**ORDERED:** Government's § 5K1.1 Motion for Downward Departure Based on Substantial Assistance (ECF Doc. No. 444), filed June 27, 2013, is **GRANTED.**

**ORDERED:** Defendant's Motion for Non-Guideline Sentence (ECF Doc. No. 463) is **DENIED as MOOT.**

**ORDERED:** Defendant be **imprisoned** for **72** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

**ORDERED: Conditions** of **Supervised Release** are:

(X)    Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)    Defendant shall not commit another federal, state or local crime.

(X)    Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)    Defendant shall comply with standard conditions adopted by the Court.

(X)    Defendant shall not unlawfully possess a controlled substance.

(X)    The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X)    The Court will waive the mandatory drug testing provisions of 18 U.S.C. § 3583(d) for supervised releases cases as the defendant is likely to be deported.

(X)    If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the Defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.

(X)    The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.  The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

**ORDERED:**    **Special Condition(s)** of **Supervised Release** are:

(X)    If the defendant is deported, he shall not re-enter the United States illegally.  If the Defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:**    Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**    Government's Motion to Dismiss Title 21 U.S.C. Section 851 Information [ECF Doc. No. 443], filed June 27, 2013, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:**    Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**    Defendant is **REMANDED** to the custody of the U.S. Marshal.

**11:47 a.m.**    Court in Recess - HEARING CONCLUDED

**TOTAL TIME: :   37 minutes**