IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00113-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5. YONI DIMAR MAS-CRUZ, a/k/a Emerson Josue Gonzalez-Ramires, a/k/a Yanni Cruz, a/k/a Yoni Gonzalez-Ramirez,

    Defendant.

---

### ORDER DISMISSING INFORMATION [ECF DOC. NO. 59] AS TO DEFENDANT YONI DIMAR MAS-CRUZ

---

The Court has reviewed the June 27, 2013, Motion of the United States of America, by United States Attorney John F. Walsh, through Assistant United States Attorney Guy Till (Government), asking the Court to dismiss the Information [ECF Doc. No. 59] filed in the above captioned case as to defendant number five, YONI DIMAR MAS-CRUZ, only (Motion). The Government advises the Motion is filed pursuant to the terms of the Plea Agreement for YONI DIMAR MAS-CRUZ filed in this case. The Government indicates co-defendant Jose Ruby Lopez-Luna has been convicted and sentenced.

The Court is familiar with the file in this case. Being now sufficiently informed in the premises, it is hereby

ORDERED that Government's Motion to Dismiss Title 21 U.S.C. § 851 Information [ECF Doc. No. 443], filed June 27, 2013, is **GRANTED.** It is further

ORDERED that the Title 21 U.S.C. Section 851 Information [ECF Doc. No. 59], filed April 24, 2012, as to defendant YONI DIMAR MAS-CRUZ in the above captioned case, is hereby **DISMISSED.**

Dated: August 6, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE