**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02231-WYD
(Criminal Action No. 12-CR-00113-WYD-5)

UNITED STATES OF AMERICA,

v.

YONI DIMAR MAS-CRUZ,

    Movant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER DENYING 28 U.S.C. § 2255 MOTION of Senior Judge Wiley Y. Daniel entered on November 6, 2013 it is

ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 [Docket No. 477] filed Aug. 19, 2013, is denied without prejudice as premature, and this action is dismissed.

  Dated at Denver, Colorado this 6th day of November, 2013.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

                        By:  s/Edward P. Butler
                        Edward P. Butler, Deputy Clerk