IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

CASE NO.    12-cr-00113-WYD-5

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.    YONI DIMAR MAS-CRUZ,

    Defendant.

_____

**ORDER REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582**
_____

This matter is before the Court on the Defendant's "Unopposed Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582." Having considered the motion and the agreement of the parties represented therein, the Court finds: 1) the sentence previously imposed has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u);  2) the Defendant is eligible for relief under 18 U.S.C. § 3582(c)(2) and U.S.S.G. §1B1.10;  3) the amended guideline range as reflected in the unopposed motion is correctly calculated.

The Court's determination of the Guideline Range prior to any departures is as follows:

|  |  |
|---|---|
| Previous Offense Level: | 29 |
| Criminal History Category: | II |
| Previous Guideline Range: | 120-121 months |
|  |  |
| Amended Offense Level: | 27 |
| Criminal History Category: | II |
| Amended Guideline Range: | 78-97 months |

Therefore, it is

ORDERED that Defendant's "Unopposed Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582" [ECF No. 660], filed March 17, 2015, **GRANTED**. Taking into account the factors set forth in 18 U.S.C. § 3553(a) and any guideline or statutory reductions, to the extent applicable, the previously imposed sentence of 72 months imprisonment is reduced to **47 months**, **EFFECTIVE NOVEMBER 1, 2015**.

All other provisions of the Judgment entered on August 20, 2013, shall remain in effect.

**IT SO ORDERED**.

Dated:  April 16, 2015

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge